IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 20-0162, DA 20-0163 and DA 20-0164

_____

IN THE MATTER OF

J.D.D,, A.J.D., and M.T.D.,

    A Youths in Need of Care.

_____

## MOTION TO CONSOLIDATE

_____

    Appellant/Father's motion for consolidation is GRANTED. It is hereby

ORDERED that the above causes be consolidated for purposes of appeal under

Cause No. DA 20-0162.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 8 2020